**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00940-CR

**HAZEM AHMED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-89052-2018**

## ORDER

Before the Court is the State's January 3, 2020 motion for extension of time to file its

brief. We **GRANT** the motion and **ORDER** the State's brief due on or before January 25, 2020.


/s/     BILL PEDERSEN, III
         JUSTICE